## Case No. 16,293.

### UNITED STATES v. SINGLETON.

[1 Cranch, C. C. 237.] [1]

Circuit Court, District of Columbia. June Term, 1805.

INDICTMENT FOR MISDEMEANOR—NAME OF PROSECUTOR.

The want of the name of a prosecutor upon an indictment for a misdemeanor in Virginia, is not sufficient cause for arresting the judgment.

[Cited in U. S. v. Helriggle, Case No. 15,-344.]

Indictment [against George Singleton] for assault on Julia Drake.

Mr. Taylor, for defendant, moved the court to arrest the judgment upon the verdict, because the name of a prosecutor was not indorsed on the indictment; and cited the Virginia law, New Rev. Code, p. 105, c. 74, §§ 24, 25; Id. p. 346, c. 188, § 2; and Act 1802, p. 431, c. 303.

THE COURT, after taking time to consider, was of opinion that the want of the name of the prosecutor indorsed upon the indictment, is not sufficient ground to arrest the judgment, and overruled the motion. See Virginia v. Leap [Case No. 16,964], at April term, 1801.